# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Derbyshire Machine & Tool Company ) | ASBCA No. 60930 |
| ) | |
| Under Contract No. SPE7L4-14-M-2205 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Paul Trenholm
President

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Matthew O. Geary, Esq.
Adam J. Heer, Esq.
Trial Attorneys
DLA Land and Maritime
Columbus, OH

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60930, Appeal of Derbyshire Machine & Tool Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals